160 A.3d 709

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
MALCOLM C. HAGANS, DEFENDANT–PETITIONER.

February 13, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004841–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, limited to the issue of whether the consent to search the motor vehicle was freely and voluntarily given; and it is further

ORDERED that the appellant may serve and file a supplemental brief on or before April 14, 2017, and respondent may serve and file a supplemental brief forty-five (45) days after the filing of

appellant's supplemental submission, or, if appellant declines to file such a submission, on or before May 30, 2017.